# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:21-cv-00589-CLM-SGC |
| TODD BRAKEDALE, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On May 5, 2021, the magistrate judge entered a report recommending this petition for writ of habeas corpus be dismissed: (1) for failing to assert any cognizable habeas claims or seek available relief; and (2) because the claims are plainly unexhausted. (Doc. 2).[1] The report further recommended—to the extent it might be required by the petitioner's invocation of § 2254—denial of a certificate of appealability under Rule 11 of the *Rules Governing 2254 Proceedings*. The report advised the petitioner of his right to file objections within 14 calendar days. This deadline has expired, and the petitioner has not filed objections or otherwise responded.

After careful consideration of the record in this case, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS**

---

[1] The magistrate judge also noted that, while the petition invokes 28 U.S.C. § 2254, the Clerk of Court docketed it as arising under § 2241, (Doc. 2 at 1).

her recommendations. Accordingly, this matter is due to be dismissed. A certificate of appealability will be denied.

A separate order will be entered.

**DONE** this June 3, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE